# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| HOBART CORPORATION, et al., | : | |
| Plaintiffs, | : | Case No. 3:10cv00195 |
| vs. | : | District Judge Walter Herbert Rice<br>Magistrate Judge Sharon L. Ovington |
| WASTE MANAGEMENT OF<br>OHIO, INC., et al., | : | |
| | : | |
| Defendants. | | |
| | : | |

## ORDER

A discovery issue regarding the confidentiality of Defendant Dayton Power and Light Company's Record Retention Policy remains presently pending.  (Doc. #s 148, 150).  In order to resolve this issue, an in camera review of the policy is warranted.  Accordingly, **on or before November 21, 2012**, Defendant DP&L shall file UNDER SEAL in the record of this case a copy of its Record Retention Policy identified in its Notice (Doc. #148).

November 15, 2012

                                                      s/Sharon L. Ovington
                                                        Sharon L. Ovington
                                                    United States Magistrate Judge